# IN THE SUPREME COURT OF THE STATE OF NEVADA

ADAM MARTIN ESSEX,
     Appellant,
  vs.
THE STATE OF NEVADA,
     Respondent.

No. 82899

FILED

JUN 04 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

On May 10, 2021, appellant filed a "Motion for a Direct Appeal." The district court entered the judgment of conviction on August 6, 2020. Appellant did not file the notice of appeal, however, until May 10, 2021, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). The notice of appeal is also untimely filed from the order denying a motion to modify sentence entered on March 22, 2021. This court lacks jurisdiction to entertain an untimely appeal. *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

21-15992

cc: Hon. Eric Johnson, District Judge
    Adam Martin Essex
    Attorney General/Carson City
    Clark County District Attorney
    Eighth District Court Clerk